UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

DENNIS W. HEAPE, and )
SUSAN M. HEAPE, )
                            )
    Plaintiffs, )
                            )   Case No.: 3:14-CV-00489-MJR-SCW
v. )
                            )
CASEY'S GENERAL STORES, INC., )
an Iowa corporation, )
                            )
    Defendant. )

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant Casey's General Stores Inc., in accordance with Federal Rule of Civil Procedure 7.1, furnishes the following:

1. The full name of every party or amicus the attorney represents in the case:

    **Casey's General Stores, Inc.**

    **Casey's Retail Company**

2. If such party or amicus is a corporation:
    **Casey's General Stores, Inc. and Casey's Retail Company are corporations.**

    (a) its parent corporation, if any; and
    **Casey's General Stores, Inc. is the parent company of Casey's Retail Company.**

    (b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

    **Casey's General Stores is a publicly held company.**

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

    **Teasdale & Associates, LLC.**

Dated: April 28, 2014 . Respectfully submitted,

                                    **TEASDALE & ASSOCIATES, LLC**
/s/ Douglas S. Teasdale
Douglas S. Teasdale, #6220226
5017 Washington Place, Suite 302
St. Louis, Missouri 63108
Tel: (314) 725-5353  Fax: (314) 454-0065
dteasdale@teasdalelaw.com
*Attorney for Defendant Casey's General Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2012, the foregoing document was filed electronically with the Clerk of the United States District Court, Southern District of Illinois, to be served by operation of the Court's electronic filing system upon:

Devin M. Jones
Harris & Jones Law Firm, P.C.
15 North Division
P.O. Box 412
Du Coin, IL 62832
Phone: 618-542-8232
Fax: 618-542-3755
*Attorney for Plaintiffs*

                                     /s/ Douglas S. Teasdale
                                     Douglas S. Teasdale