## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

| | | |
|---|---|---|
| DENNIS W. HEAPE and<br>SUSAN M. HEAPE, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:14-CV-00489-MJR-SCW |
| v. | ) ) | |
| CASEY'S GENERAL STORES, INC.,<br>an Iowa corporation, | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT CASEY'S GENERAL STORES, INC.'S MOTION TO DISMISS

**COMES NOW,** Defendant Casey's General Stores, Inc., by and through counsel, and for its Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure states to the Court as follows:

1.     On or about March 28, 2014, Plaintiffs filed a Complaint against Defendant Casey's General Stores, Inc. in Perry County alleging negligence as a result of an alleged slip and fall on April 15, 2012 at the property located at 215 S. Walnut Street, City of Tamaroa, County of Perry, Illinois.

2.     In Plaintiffs' Complaint, Plaintiffs allege that "on and before April 15, 2012, defendant Casey's General Stores Inc. owned, managed, operated, maintained, and controlled, both directly and indirectly, individually and through its agents, servants, and employees, a certain premises, Casey's General Store, 215 S. Walnut Street, City of Tamaroa, County of Perry, in the State of Illinois." (See, Paragraph 2 of Count I of Plaintiffs' Complaint).

3.      That at the time Plaintiff Dennis Heape alleges he fell, Defendant Casey's General Stores, Inc. did <u>not</u> own or operate the general store and service station located at 215 S. Walnut Street, City of Tamaroa, County of Perry, Illinois.

4.      Rather, on or about June 18, 2004 (prior to Plaintiff's alleged fall), Defendant Casey General Stores, Inc. conveyed the property located at 215 S. Walnut Street, City of Tamaroa, County of Perry, Illinois by Warranty Deed to a different company – Casey's Retail Company.  (See, Affidavit of Robert Truhlsen and incorporated herein as Defendant's **<u>Exhibit A</u>**.)

5.      That Defendant Casey's Retail Store, Inc. did not conspire to hide this transfer as it was recorded in Perry County Records of Deeds.  (See, Warranty Deed attached hereto and incorporated herein as Defendant's **<u>Exhibit B</u>**.)

6.      That the store located at 215 S. Walnut Street, City of Tamaroa, County of Perry, Illinois is owned and operated by Casey's Retail Company, a separate Iowa corporation licensed to do business in Illinois.  (See, certified Certificate of Good Standing attached hereto and incorporated herein as Defendant's **<u>Exhibit C</u>**.)

7.      Pursuant to SDIL-LR 7.1(c), the legal grounds for the Motion is clear:  under Illinois law an owner of real estate is not liable for injuries on property the owner no longer owns. A "grantor or vendor of real property is not liable for damages sustained by the vendee or other third persons on the premises subsequent to this transfer of possession and control." See, <u>Citgo Petroleum Corporation v. McDermott International, et al.</u>, 368 Ill.App.3d 603, 609; 858 N.E.2d 563, 569 (1st District 2006) citing the <u>Restatement (Second) of Torts § 352 (1965)</u>.

8.    Since the premises where Plaintiff Dennis Heape alleges he slipped and fell were not controlled or possessed by Defendant Casey's General Stores, Inc., then Defendant Casey's General Stores, Inc. did not owe a duty to Plaintiff, and therefore the case should be dismissed.

**WHEREFORE,** Defendant Casey's General Stores, Inc. respectfully requests this Court to grant its Motion to Dismiss and to enter an order dismissing Plaintiff's Complaint without prejudice, and for such other and further relief as this Court deems just and proper.

Dated: April 28, 2014

Respectfully submitted,

**TEASDALE & ASSOCIATES, LLC**

/s/ Douglas S. Teasdale
Douglas S. Teasdale, #6220226
5017 Washington Place, Suite 310
St. Louis, Missouri  63108
Tel:  (314) 725-5353
Fax:  (314) 454-0065
dteasdale@teasdalelaw.com
*Attorney for Defendant*
*Casey's General Stores, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing MOTION TO DISMISS was sent via U.S. mail, postage paid, on April 28, 2014 to the following:

Devin M. Jones
Harris & Jones Law Firm, P.C.
15 North Division
P.O. Box 412
Du Quoin, IL 62832
Phone:  618-542-8232
Fax:  618-542-3755

*Attorney for Plaintiffs*

/s/ Douglas S. Teasdale
Douglas S. Teasdale

3